## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| MALIK ASANTE,<br><br>    Plaintiff,<br><br>v.<br><br>DELTA DENTAL OF CALIFORNIA[1],<br>TYSHA CRAWFORD and JENNIFER<br>SOUDERS,<br><br>    Defendants. | Civil Action No.:<br>1:21-cv-000601-SCJ-JKL |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal with prejudice of this action.

Respectfully submitted this 19th day of August 2021.



Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.
　　KEVIN P. WEIMER, Clerk
By: __08/19/2021_____
　　　　Deputy Clerk
Date: __s/ D. McGoldrick____

---

[1] The corporate defendant is misidentified in the Complaint as "Delta Dental of California." The correct name is Delta Dental Insurance Company.

1

2

|  |  |
|---|---|
|  | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Malik Asante* | */s/ Julia C. Glasgow* |
| *\*with express permission* | Leslie K. Eason |
| Malik Asante | Georgia Bar No. 100186 |
| 4103 Deer Creek Place | Julia C. Glasgow |
| Alpharetta, Georgia 30004 | Georgia Bar No. 827438 |
| Malikasante13@gmail.com | 55 Ivan Allen Junior Blvd. NW |
|  | Suite 750 |
| *Pro Se Plaintiff* | Atlanta, Georgia 30308 |
|  | Telephone: (404) 869-9054 |
|  | Facsimile: (678) 389-8475 |
|  | leason@grsm.com |
|  | jglasgow@grsm.com |
|  |  |
|  | *Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 19th day of August 2021, electronically filed the foregoing using the Court's CM/ECF e-filing system, and I have served a true and correct copy of same upon the Plaintiff via U.S. First-Class Mail, postage prepaid, and email addressed as follows:

Malik Asante
4103 Deer Creek Place
Alpharetta, Georgia 30004
*malikasante13@gmail.com*

/s/ Julia C. Glasgow
Counsel